**93–1795.**  United Church Homes v. Smith.  *Cuyahoga County,* No. 65390.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right.  Appellant's request for extension of time to file a memorandum in support of jurisdiction was granted by this court on September 3, 1993.  Appellant's memorandum in support of jurisdiction was due on October 8, 1993.  Appellant's second request for extension of time to file a memorandum in support of jurisdiction was denied by this court on October 14, 1993.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–1849.**  Onysko v. Day.  *Cuyahoga County,* No. 64794.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record.  Appellant's request for extension of time to file a memorandum in support of jurisdiction was granted by this court on September 15, 1993.  Appellant's memorandum in support of jurisdiction was due on October 14, 1993.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–1927.**  State v. Hein.  *Lucas County,* No. L–92–309.  This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lucas County.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–1951.**  S. Euclid v. Haffey.  *Cuyahoga County,* No. 63283.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record and as a claimed appeal as of right.  Appellant's request for extension of time to file a memorandum in support of jurisdiction was granted by this court on September 30, 1993.  Appellant's memorandum in support of jurisdiction was due on October 6, 1993.  It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–2112.**  State ex rel. Fisher v. Nacelle Land & Mgt. Corp.  *Lake County,* No. 92–L–114.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lake County to certify its record.  Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on October 26, 1993.  It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte.*

**93–2116.**  Wright v. Structo.  *Lucas County,* No. L–91–405.  This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lucas County to certify its record and as a claimed appeal as of right from said court and was considered in a manner prescribed by law.  On application of appellee, Coal and Woodburner, Inc., this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.